STATE of Missouri,
Plaintiff-Respondent,

v.

Stepforn VINCENT,
Defendant-Appellant.

No. 45490.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 26, 1984.

Charles E. Kirksey, St. Louis, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant was convicted of robbery first degree, a violation of § 569.020 RSMo 1978 and manslaughter, a violation of § 565.005 RSMo 1978. He was sentenced to serve fifteen years on the robbery charge, ten years on the manslaughter charge, the sentences to run consecutively. No jurisdictional purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 30.25(b).

All judges concur.